448 A.2d 1185

Commonwealth v. Gatto, Jr., Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Argued November 10, 1980. Paulette J. Balogh, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 1185

Commonwealth v. Hadden, Appellant.

Submitted October 6, 1981. Leo H. Eschbach, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.